# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

### MINUTES OF PROCEEDING

AMANDA MILLS,

    Plaintiff,

v.

VILLAGE OF WALTON HILLS, *et al*,

    Defendants.

CASE NO: 1:23-CV-316

DISTRICT JUDGE
SOLOMON OLIVER, JR

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

PROCEEDING: On August 3, 2023, I held a telephone conference with Warner Mendenhall, counsel for Plaintiff Amanda Mills, in preparation for the mediation scheduled for August 4, 2023.

Time: 15 minutes

August 3, 2023

                                             __*/s/James E. Grimes Jr.*___
                                             James E. Grimes Jr.
                                             U.S. Magistrate Judge