UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDING

AMANDA MILLS,

    Plaintiff,

v.

VILLAGE OF WALTON HILLS, *et al*,

    Defendants.

CASE NO: 1:23-CV-316

DISTRICT JUDGE
SOLOMON OLIVER, JR

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

PROCEEDING: On August 3, 2023, I held a telephone conference with John D. Pinzone, counsel for Defendants Village of Walton Hills, Stan Jaworski, and Officer Schmidt, in preparation for the mediation scheduled for August 4, 2023.

Time: 15 minutes

August 3, 2023

                                                          */s/James E. Grimes Jr.*
                                                          James E. Grimes Jr.
                                                          U.S. Magistrate Judge