UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDING

| | |
|---|---|
| AMANDA MILLS, | CASE NO: 1:23-CV-316 |
| Plaintiff, | |
| v. | DISTRICT JUDGE SOLOMON OLIVER, JR |
| VILLAGE OF WALTON HILLS, *et al*, | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| Defendants. | |

PROCEEDING:  On August 4, 2023, I held a mediation conference. Present were Plaintiff Amanda Mills with counsel Warner Mendenhall and John T. Pfleiderer and Defendants' client representative John Montello and insurance representative Robert Cathcart with counsel John D. Pinzone.

The parties agreed to a resolution and memorialized the terms of their agreement. Defendants will make payment to Plaintiff under the terms of the settlement no later than October 1, 2023. The parties will file their stipulated notice of dismissal with prejudice on or by October 4, 2023. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Time: 4.5 hours

August 4, 2023

　　　　　　　　　　　　　　　　　　　　　__/s/James E. Grimes Jr.___
　　　　　　　　　　　　　　　　　　　　　James E. Grimes Jr.
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge